JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SCHNEIDER CONTRACTING, a California corporation; and DOES 1 through 10, inclusive,<br>　　　　　　　Defendant. | Case No. 2:22-CV-03645-SB-PDX<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED**<br><br>Complaint Filed: May 27, 2022 |
| SCHNEIDER CONTRACTING, INC., a California corporation<br>　　　　　　　Counter-Claimant,<br><br>vs.<br><br>CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS; and ROES 1 through 10, inclusive,<br>　　　　　　　Counter-Defendants. | Before the Honorable<br>　Stanley Blumenfeld Jr. |

- 1 -

- 2 -

## ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that this entire action, including Defendant's Counterclaim, be dismissed without prejudice as to all parties, subject to reopening as to the original complaint against SCHNEIDER CONTRACTING only, if settlement is not consummated by December 15, 2028.

Dated:  December 8, 2022

_____
STANLEY BLUMENFELD JR.